# *LIPMAN & BOOTH, LLC*
ATTORNEYS AT LAW
**www.lipmanandbooth.com**

| | |
|---|---|
| <u>CHRISTOPHER BOOTH</u> | 11 BROADWAY, SUITE 1054 |
| NOAH LIPMAN* (RET) | New York, New York 10004 |
| | TEL: (212) 363-6969 |
| | FAX: (212) 363-6041 |
| | cbooth@lipmanandbooth.com |

January 3, 2020

The Hon. Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201
Via ECF

        Re:    <u>United States v. Mark Kocaj,</u>
             <u>Indictments 19-CR-575 (FB) & 19-Cr-577 (FB)</u>

Dear Judge Block:

      The defendant is at liberty upon terms of bail that include home detention and GPS monitoring. Accordingly, he requests a modification of the terms of release to permit travel to St. Maximilian Kolbe Church, Toms River, New Jersey on January 7, 2020, leaving his home at 8:45 am and returning by 2:00 pm the same day. A.U.S.A. Keith Edelman consents to this request and I have advised US Pre-trial Services Officer Leo Barrios (SDNY) and Officer Carter (EDNY) via email and am unaware of any objections.

      Wherefore, it is respectfully requested that the defendant's bail conditions be modified to permit travel to Toms River, New Jersey on January 7, 2020.

                                                      Respectfully,
                                                         /s
                                                        Christopher Booth

Cc: AUSA Keith Edelman: Keith.Edelman@usdoj.gov
     USPO Leo Barrios: Leo_Barrios@nyspt.uscourts.gov
     USPO Carter: EMunit@nyept.uscourts.gov